IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONITA HUDSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11-cv-00769-SWW |
| | * | |
| | * | |
| | * | |
| LVNV FUNDING, LLC., | * | |
| | * | |
| Defendant. | * | |

ORDER

Pursuant to the Notice of Voluntary Dismissal With Prejudice Pursuant to Settlement [doc.#7] filed by the plaintiff on January 3, 2012, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 5th day of January 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE